**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ANGIE MCJUNKIN, | ) | |
| Plaintiff, | ) | Case No. 2:10-cv-01101-RLH-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1.    The Settlement Conference, currently scheduled for April 22, 2011, at 9:30 a.m. before the undersigned, is **VACATED** and **ADVANCED** to **April 19, 2011,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.    The deadline for chambers to receive the confidential settlement conference statements, currently due April 15, 2011, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., April 12, 2011.**

Dated this 31st day of January, 2011.

_____
Peggy A. Leen
United States Magistrate Judge