1  BRENDA H. ENTZMINGER, ESQ.
   Nevada Bar No. 9800
2  BRANDON P. SMITH, ESQ.
   Nevada Bar No. 10443
3  PHILLIPS, SPALLAS & ANGSTADT LLC
4  504 S. Ninth Street
   Las Vegas, Nevada 89101
5  (702) 938-1510
   *Attorneys for Defendant*
6  *Wal-Mart Stores, Inc.*

7                    UNITED STATES DISTRICT COURT
8                         DISTRCT OF NEVADA

9  ANGIE MCJUNKIN, individually,              Case No.: 2:10-cv-1101-RLH-PAL

10            Plaintiff,                      **STIPULATION AND ORDER FOR**
   v.                                         **DISMISSAL WITH PREJUDICE**
11
   WAL-MART STORES, INC., a Nevada
12 Corporation; DOES I through X, and ROE
   CORPORATIONS I through X, inclusive,
13
              Defendants.
14

15

16      IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17 counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

18 //

19 //

20 //

21 //

22 //

23 //

24

25

26

27

28

or her own costs and attorney's fees.

DATED this 6th day of ~~September~~ OCTOBER, 2011.

| **LLOYD BAKER INJURY ATTORNEYS** | **PHILLIPS, SPALLAS & ANGSTADT, LLC** |
|---|---|
| *Christian Morris, Esq.* | *Brandon Smith, Esq.* |
| Christian Morris, Esq. | Brandon Smith, Esq. |
| 500 South Eighth Street | 504 South Ninth Street |
| Las Vegas, NV 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Wal-Mart Stores, Inc.* |

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 12th day of October 2011.

_Roger L. Hunt_
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

/s/ Brandon Smith
BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
504 S. Ninth St.
Las Vegas, NV 89101
(702) 938-1510
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE