1  BRENDA H. ENTZMINGER, ESQ.
Nevada Bar No. 9800
2  BRANDON P. SMITH, ESQ.
Nevada Bar No. 10443
3  PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth Street
4  Las Vegas, Nevada 89101
(702) 938-1510
5  *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*
6

7                UNITED STATES DISTRICT COURT
8                     DISTRCT OF NEVADA

9  ANGIE MCJUNKIN, individually,          Case No.:  2:10-cv-1101-RLH-PAL
10            Plaintiff,                   **STIPULATION AND ORDER FOR**
11  v.                                     **DISMISSAL WITH PREJUDICE**
12  WAL-MART    STORES,    INC.,   a   Nevada
Corporation;  DOES  I  through  X,  and  ROE
13  CORPORATIONS I through X, inclusive,
14            Defendants.

15

16        IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective

17  counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear his

18  //

19  //

20  //

21  //

22  //

23  //

24

25

26

27

28

1 | or her own costs and attorney's fees.

2 | DATED this 6th day of ~~September,~~ *OCTOBER* 2011.

3

4 | **LLOYD BAKER INJURY ATTORNEYS**          **PHILLIPS, SPALLAS & ANGSTADT, LLC**

5 | *Christian Morris, Esq.*                          *Brandon Smith, Esq.*
    | Christian Morris, Esq.                             Brandon Smith, Esq.

6 | 500 South Eighth Street                           504 South Ninth Street
    | Las Vegas, NV 89101                              Las Vegas, Nevada 89101

7 | *Attorneys for Plaintiff*                          *Attorneys for Wal-Mart Stores, Inc.*

8

9 | <u>**ORDER**</u>

10 |     PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel,

11 | it is hereby:

12 |     ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed,

13 | with prejudice each party to bear their own costs and attorney's fees.

14 |     DATED this 12th day of October 2011.

15

16

17

18 | UNITED STATES DISTRICT JUDGE

19 | Respectfully submitted by:

20 | **PHILLIPS, SPALLAS & ANGSTADT, LLC**

21

22 | /s/ Brandon Smith
    | BRANDON P. SMITH, ESQ.

23 | Nevada Bar No. 10443
    | 504 S. Ninth St.

24 | Las Vegas, NV 89101
    | (702) 938-1510

25 | *Attorneys for Defendant*
    | *Wal-Mart Stores, Inc.*

26

27

28